FILED: May 19, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 13-7575

(1:11-cv-00719-CMH-TRJ)

_____

BARTEL EVET DAVIS

       Petitioner - Appellant

v.

BRYAN WATSON, Warden

       Respondent - Appellee

_____

O R D E R

_____

Upon consideration of submissions relative to the motion to file attachment to brief, the court grants the motion and accepts the attachment for filing.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk